COMMONWEALTH of Pennsylvania,
Respondent

v.

Wayne Curtis KELLY, Petitioner

No. 416 MAL 2017

Supreme Court of Pennsylvania.

October 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.